UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HIGH POINT PREFERRED INSURANCE COMPANY, Individually and a/s/o ESTATE of JOHN KEESE<br><br>Plaintiff,<br><br>v.<br><br>ADT, LLC; JOHN DOES 1-10; and/or ABC INSURANCE COMPANY 1-10,<br><br>Defendants. | Civil No. 21-19929 (KMW/AMD)<br><br>**MEMORANDUM OPINION AND ORDER** |

**WILLIAMS, United States District Judge**

This matter comes before the Court by way of Defendants' February 18, 2022 Motion to Amend their Notice of Removal [ECF No. 14] filed in response to the Court's February 1, 2022 Order to Show Cause [ECF No. 12].

Defendants removed this case from the Superior Court of Burlington, New Jersey on November 11, 2021 *See* Notice of Removal, ECF No. 1. After reviewing the Notice of Removal, the Court found that Defendants incorrectly pled the citizenship of the Plaintiff as required by 28 U.S.C. § 1332 and therefore, issued an Order to Show Cause in response.[1] On February 18, 2022, the Defendants responded to the Order to Show Cause by filing a Motion for Leave to File an Amended Notice of Removal, attaching an Amended Notice of Removal as an exhibit. [ECF No. 14-4, Exhibit 1].

Upon review of the Amended Notice of Removal, Defendants sufficiently plead

---

[1] The Court's Order to Show Cause erroneously directed the "Plaintiffs" to amend the "Complaint" to comply with § 1332 instead of directing "Defendants" to amend the "Notice of Removal." *See* Order to Show Cause, ECF No. 12 at 3. The Court now clarifies that the Defendants need only amend their Notice of Removal to correctly plead diversity jurisdiction.

Plaintiff's citizenship for purposes of diversity jurisdiction.[2]

THEREFORE, IT IS this 31st day of March 2022, hereby

**ORDERED** that the Defendants Motion for Leave to File an Amended Notice of Removal is **GRANTED**; and

**ORDERED** that the Clerk of the Court shall file the Amended Notice of Removal, filed as Exhibit 1, [ECF No. 14-4].

At Camden, New Jersey

s/ Karen M. Williams
KAREN M. WILLIAMS, U.S.D.J.

---

[2] The Amended Notice of Removal alleges that Plaintiff is a "New Jersey corporation, incorporated in New Jersey" with "*a* principal place of business" rather than "*its* principal place of business." However, it is clear from Exhibit B [ECF No. 14-4 at 25] that the use of "a" vs. "its" is not at issue here, because Plaintiff only has two places of business – both located in New Jersey. Thus, diversity of citizenship is properly alleged.